IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-064-JFH |
| PAMELA KATHRYN CONLEY, | |
| Defendant. | |

**OPINION AND ORDER**

Before the Court is a sealed motion to withdraw plea ("Motion") filed by Defendant Pamela Kathryn Conley ("Defendant"). Dkt. No. 84.

The Motion is drafted and signed by Defendant. However, the Court notes that Defendant is represented by counsel who has not signed the Motion. *See* Dkt. No. 9 (Keith Ward appointed as Defendant's counsel). The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). This Order will be sent to counsel of record so that Defendant and her counsel may confer regarding a possible motion signed by counsel.

IT IS THEREFORE ORDERED that Defendant's sealed motion to withdraw plea [Dkt. No. 84] is DENIED WITHOUT PREJUDICE.

Dated this 24th day of August 2022.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE