IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA KATHRYN CONLEY,<br><br>Defendant. | Case No. 21-CR-064-JFH |

## OPINION AND ORDER

Before the Court is a motion for compassionate release and appointment of counsel ("Motion") filed by Defendant Pamela Kathryn Conley ("Defendant"). Dkt. No. 134; Dkt. No. 135.

The Motion is drafted and signed by Defendant. However, the Court notes that Defendant *is* represented by counsel, who has not signed the Motion. *See* Dkt. No. 111 (Lynn C. Hartfield appointed as Defendant's counsel). The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). This Order will be sent to counsel of record so that Defendant and her counsel may confer regarding a possible motion signed by counsel.

IT IS THEREFORE ORDERED that Defendant's motion for compassionate release [Dkt. No. 134] is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Defendant's motion for appointment of counsel [Dkt. No. 135] is DENIED AS MOOT.

Dated this 2nd day of August 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE